**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00292-CR

**PERRY SMART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-56097-P**

## ORDER

The Court **REINSTATES** the appeal.

On August 9, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 6, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 9, 2013 order requiring findings.

We **GRANT** the August 21, 2013 extension request file by Lizabeth Kellett. The reporter's record is considered properly filed.

We note that while the Master Index contains the list of exhibit numbers and where in the record the exhibits were admitted into evidence, the list does not identify what those exhibits are. Moreover, the exhibit volume does not contain an index of the exhibits contained therein.

Therefore, the reporter's record is not in compliance with rule 3.23 of the Uniform Format Manual for Texas Reporters' Records.

Accordingly, we **ORDER** Lizabeth Kellett, official court reporter, 203rd Judicial District Court, to file, within **TEN DAYS** of the date of this order, an amended Master Index the complies with the rules and correctly identifies the exhibits by number, description, and detail of where they were offered and admitted into evidence. If Ms. Kellett does not file the amended Master Index within the time specified, the Court will utilize the available remedies, including ordering that she not sit as a court reporter until she has complied with this order.

We **ORDER** appellant to file his brief within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Lizabeth Kellett, official court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/     DAVID EVANS
JUSTICE